RECEIVED

2015 OCT -9  P 12: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Redflex Traffic Systems, Inc.,
a/k/a
Redflex Holdings Australia,
a/k/a
Redflex Traffic Systems Pty. Ltd.,
a/k/a
American Traffic Solutions, Inc.,
and

THE PEOPLE,

    Plaintiffs.

v.

AIR FORCE VETERAN JERRY PAUL CARROLL

    Defendant.

CASE NO. 3:15-CV-748-WKW-SRW

Defendant's Exhibit A

## DEFENDANTS NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Defendant hereby gives notice that the action styled Redflex Systems, Inc. and THE PEOPLE, v. Air Force Veteran Jerry Paul Carroll, Case No.: PHX15019929, in the Traffic Court of Phenix City, in and for Russell, County, Alabama, has been removed to the United States District Court for the Middle District of Alabama. Defendant also has

filed his Answer, Affirmative Defenses, and Counterclaim and hereby provides copies to all interested parties.

## The Grounds for Removal

This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a), 1441(b) and 1446. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 1446 for the following reasons:

## Federal Question Jurisdiction

1. On September 14, 2015, Plaintiffs filed charges against Defendant in the Traffic Court of Phenix City, in and for Russell County, Alabama styled Redflex Systems, Inc. et al v. Air Force Veteran Jerry Paul Carroll, Case No. PHX 15019929. This Notice of Removal is filed within the time allowed under 28 U.S.C. § 1446(b) as thirty days have not yet expired since the above-referenced Defendant was first served on September 23, 2015 by United States Mail with such Complaint and Summons which claimed to be service from the City Of Phenix City, Alabama but bore a pre-sort zip code of 85085 and on further investigation was found to have been mailed by Plaintiff Redflex Systems, Inc. from Arizona and it concealed that the service was from Plaintiff Redflex as shown in Defendant's Exhibit 'A-2'.

2. In accordance with 28 U.S.C. § 1446(a), all of the process and pleadings served upon Defendant in this action to date are attached to this notice as composite Defendant's Exhibit A.

3. This action is a civil suit under Phenix City Ordinance No. 2012-21, Section 14-5.1, alleging that Defendant has made a conscious entry into an intersection with the intent of ignoring a red traffic light and violating the traffic laws as illustrated in the Alabama Driver Manual and attached as Defendant's Exhibit 'B-2', Plaintiff's submitted video, which is not allowed in Court by Precedent as it was digital and easily tampered with instead of film and original negatives or movie film roll, appears to show that Defendant had already entered the intersection before the light turned red where in the

2

Precedent cases at least one showed that charged party as being several feet outside the intersection when the light turned red, but since the "Redflex" digital images by Precedent cannot even be admissible in Court and since "Redflex" has admitted to formatting or tampering with the video of the Defendant as shown in Defendant's Exhibit 'J', Defendant also contends that Precedent dictates that a police officer having officer discretion must have personally been present and witnessed the violation and made the charge.

4. Pursuant to 28 U.S.C. § 1441(b), "Any civil action of which the district courts have original jurisdiction, founded on a claim or right arising under the Constitution, treaties or law of the United States shall be removable without regard to the citizenship or residence of the parties". Defendant's Constitutional Right under Amendment VI to be confronted by his accusers, his Rights under the Fourth Amendment requiring Probable Cause and sworn Oath or affirmation, and under Amendment V to be a witness against himself as one Judge referred to a red light violation as criminal and one party who was acquitted of a red light violation was referred to by a Judge as previously having, before REVERSAL, being convicted, Plaintiff Redflex Systems, Inc. required Defendant to go to the Traffic Court of Phenix City, Alabama and ask to see a Redflex video that they claimed had not been tampered with and had not been formatted, when no contact from the Traffic Court of Phenix City has even been made with Defendant, only a charge and summons mailed from Plaintiff Redflex with an Arizona postmark. Defendant's rights were also violated by Plaintiff under 18 USC § 876(d), for mailing threatening communications, ostensibly extortion, requiring Defendant to testify against himself and admit guilt or expect additional Court costs. As provided by 42 USC 1973ff-4, the United States District Courts have original jurisdiction of all claims that arise under this federal law. Pursuant to 28 USC §1441(a) "[a]ny civil action brought in a state court of which the district courts have original jurisdiction, may be removed by the defendant."

## Compliance With Removal Procedure

5. As required by 28 U.S.C. § 1446(d), Defendant filed a true and correct copy of

3

this Notice of Removal with the Clerk of the Traffic Court of Phenix City in and for Russell County, Alabama. A copy of the Notice of Filing the Notice of Removal is attached hereto as Defendant's Exhibit B. Defendant also served this Notice of Removal upon all adverse parties on the date set forth in the certificate of service below. The United States District Court for the Middle District of Alabama in Montgomery, Alabama is the district and division within which the state court action is pending.

6. Defendant contends that Diversity of Jurisdiction exists concerning Redflex Traffic Systems located in Phoenix, Arizona, under 28 U.S.C. § 1332.

7. Defendant contends under 28 U.S.C. § 1332, that the amount in controversy exceeds $75,000.00 and Defendant's paying of this Court's $400.00 filing fee when paying the Redflex traffic ticket, like the previous millions of citizens, would have cost $100.00.

8. Accordingly, defendant has satisfied all the removal prerequisites of 28 U.S.C. § 1446.

## Preservation of Defenses

7. By filing this Notice of Removal, Defendant does not waive any defense which may be available to him, or relief, as may be found by his seeking an attorney which Plaintiff's October 14, 2015 ANSWER requirement prevented.

Dated this _9_ day of October, 2015.

**Air Force Veteran Jerry Paul Carroll, Pro Se**
1611 21st Street
Phenix City, Alabama 36867
1-(334)-480-4072
Email: jaybyrdcarroll@gmail.com
By: _/s/ Jerry Paul Carroll/_
JERRY PAUL CARROLL
Pro Se

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Removal, upon Plaintiffs Redflex Traffic Systems, Inc., member of Phenix City Redlight Safety Program, through their registered agent for service, National Registered Agents, Inc., 2 North Jackson Street, Suite 605, Montgomery, Alabama, 36104, and The People, c/o Phenix City, City Manager Wallace Hunter, 601 12th Street, Phenix City, Alabama, 36867, member of Phenix City Redlight Safety Program, as no agent for service is listed with The Secretary of State, and also a copy has been provided to The Traffic Court of Phenix City, Alabama, 1111 Broad Street, Phenix City, Alabama, 36867 by U.S. Mail on this the 9 day of October, 2015.

Jerry Paul Carroll

1611 21st Street
Phenix City, Alabama 36867.
1-334-480-4072
jaybyrdcarroll@gmail.com