# DEFENDANT'S

# EXHIBIT

# A-2

Defendant's Exhibit A-2




y Gifts
2015




$000.45
FIRST CLASS

PHENIX CITY
RED LIGHT SAFETY PROGRAM
PO BOX 1337
PHENIX CITY AL 36868

JERRY PAUL CARROLL
1611 21ST ST
PHENIX CITY AL 36867









VISIT US ON

al Offers

lakeside.com

Pltf Ex A-2 (3)

**IF YOU WANT TO PAY THE FINE make sure this address appears in the window of the enclosed envelope.**

**PHENIX CITY**
**RED LIGHT SAFETY PROGRAM**
**PO BOX 1337**
**PHENIX CITY AL 36868**

**PHENIX CITY**
**RED LIGHT SAFETY PROGRAM**
**PO BOX 1337**
**PHENIX CITY AL 36868**

**JERRY PAUL CARROLL**
**1611 21ST ST**
**PHENIX CITY AL 36867**

# Notice of Traffic Violation

*Tear Here* — — — *Tear Here* — — — *Tear Here*

TO RETURN THE NOMINATION, make sure this address appears in the window of the enclosed envelope.

**PHENIX CITY**
**RED LIGHT SAFETY PROGRAM**
**PO BOX 1337**
**PHENIX CITY AL 36868**

*Tear Here* — — — *Tear Here* — — — *Tear Here*

TO REQUEST A HEARING, make sure this address appears in the window of the enclosed envelope.

**PHENIX CITY**
**RED LIGHT SAFETY PROGRAM**
**ATTN: HEARING REQUEST**
**1111 BROAD ST**
**PHENIX CITY AL 36867**

OPTIONS PAGE

#28 Exhibit A 7 of 7

**OPTION A: PAYMENT COUPON** **PHENIX CITY RED LIGHT SAFETY PROGRAM**
Notice #: PHX15019929 Issued To: JERRY PAUL CARROLL

☐ Check or Money Order — Please make check or Money Order payable to "PHENIX CITY RED LIGHT SAFETY PROGRAM" (ensure address on reverse side appears in the window of the envelope)

☐ Credit Card ☐ Visa ☐ Mastercard

Credit card payments can also be made online at: www.photonotice.com
Enter City code: PHEXAL

Name as it appears on card (Print): ____________________
First Last

Card #________________ Expiration Date: Month________ Year________ Security Code # ________

Mailing Address: ________________________________
Street City/State/Zip Code

Phone Number: ________________ Signature: ________________ Date: ___/___/___

**Total Amount Due: $100.00** **Amount Enclosed:** ____________

JERRY PAUL CARROLL
1611 21ST ST
PHENIX CITY AL 36867

07692100000PHX1501992901000001

*Tear Here* *Tear Here* *Tear Here*

**OPTION B: NOMINATION** **PHENIX CITY RED LIGHT SAFETY PROGRAM** **Notice #: PHX15019929**
**(COMPLETE FULLY IF YOU WERE NOT THE DRIVER)** **Issued To: JERRY PAUL CARROLL**

**CHECK ONE:**
- ☐ **I sold the vehicle prior to the date of violation to the person named below.**
- ☐ **The person named below was the driver of the vehicle.**
- ☐ **The vehicle or license plate(s) were stolen at the time of the violation.**

Print Actual Driver/New Owner's Name: ________________________________

Address: ________________________ City,State, ZIP Code: ________________________

The stolen or illegally taken vehicle was reported to ________________________ Police Dept. on ___/___/___.

Police Report No.________________.

DECLARATION
I CERTIFY UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Signature: ________________________ Print Name: ________________________

Phone Number: ________________________ Cell: ________________ Date: ___/___/___

**IMPORTANT:**
- This Affidavit must be returned by October 14, 2015.

*Tear Here* *Tear Here* *Tear Here*

**OPTION C: HEARING REQUEST** **PHENIX CITY RED LIGHT SAFETY PROGRAM**
**(Complete ONLY if you want a hearing scheduled)** Removed to US District Court

Notice #: PHX15019929 Date of Violation: 09/08/2015 Issued To: JERRY PAUL CARROLL

Print Name: Jerry Carroll -Removed to US District Court
First Last

Address: ________________________________
Street City / State / Zip Code

Signature: ________________________ Print Name: ________________________

Phone Number: ________________ Cell: ________________ Date: ___/___/___

IMPORTANT:
- This Hearing Request must be made by October 14, 2015.
- **If you request a hearing and are found guilty, you will be assessed a court processing fee of $25.00.**

Def. Ex. H-2 (4)



**CITY OF PHENIX CITY, AL**
**PHENIX CITY RED LIGHT SAFETY PROGRAM**
**NOTICE OF VIOLATION - RED LIGHT**

**NOTICE NUMBER: PHX15019929**

The City of Phenix City has a RED LIGHT Safety Program in effect to reduce the number of red light running violations. As you can see from the photos to the right, a vehicle registered in your name and described below has been photographed running a red light.

| DATE OF VIOLATION | TIME OF VIOLATION |
|---|---|
| **September 8, 2015** | **5:19PM** |

NAME *(First, Middle, Last)*
**JERRY PAUL CARROLL**

ADDRESS *(Street, Apt #)*
**1611 21ST ST**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **PHENIX CITY** | **AL** | **36867** |

| VEH. LIC.NO | VEH. STATE | VEH. YEAR |
|---|---|---|
| **67L1J** | **AL** | **2002** |
| **VEH. MAKE** | **BODY STYLE** | **REG. YEAR** |
| **VOLKSWAGEN** | **4 door Automobile** | |
| **FINE** | **ORDINANCE** | **DESCRIPTION** |
| **$100.00** | **Phenix City Ordinance No. 2012-21, Section 14-5.1** | **Failure to Obey Traffic Control Devices** |

LOCATION OF VIOLATION
**13th St and Broad St (WB)**

YOU MUST RESPOND TO THIS NOTICE ON OR BEFORE:
DATE: **Wednesday, October 14, 2015**

REGISTERED OWNER *(First, Middle, Last)*
**JERRY PAUL CARROLL**

ADDRESS *(Street, Apt #)*
**1611 21ST ST**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **PHENIX CITY** | **AL** | **36867** |

PLEASE NOTE THAT RECORDED IMAGES CONSTITUTE EVIDENCE OF A VIOLATION OF THE PHENIX CITY CITY ORDINANCE NO. 2012-21, SECTION 14-5.1.

BASED UPON MY REVIEW AND INSPECTION OF THE RECORDED IMAGES, I STATE THAT A VIOLATION OF THE PHENIX CITY CITY ORDINANCE NO. 2012-21, SECTION 14-5.1 DID OCCUR.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ALABAMA THE FOREGOING IS TRUE AND CORRECT.

Sep 14, 2015 — Patrick Daughtry [signature]

DATE ISSUED — Phenix City Officer Signature

**Note:**
As the registered owner of the vehicle described in this Notice, you are responsible for paying this fine by October 14, 2015. **Failure to respond to this notice may result in an additional $25.00 Default fee.**








To view the video of this violation, please go to www.photonotice.com

Enter City Code: PHEXAL

**CITY OF PHENIX CITY** **INSTRUCTION PAGE** **RED LIGHT SAFETY PROGRAM**

1. **Reason You Received This Notice:**

   A vehicle registered in your name was photographed running a RED LIGHT. This is a violation of the Phenix City Ordinance No. 2012-21, Section 14-5.1. AS THE REGISTERED OWNER, YOU ARE RESPONSIBILE.

   **Please read the instructions below regarding how to take care of this Notice. For all other questions and/or information, contact the Phenix City Red Light Safety Program Customer Service Center toll-free at 1-877-847-2338. Hours of operation: Monday through Friday from 7:00am to 5:00pm (MST).**

2. **You Must Select One of the Following Options. Complete the coupon on the Options Page for the option you select and return the coupon in the enclosed envelope. Make sure the mailing address on the reverse side of the coupon appears in the window of the enclosed envelope.**

   A. **Payment Methods.** As the registered owner of the vehicle described in this Notice, you are responsible for paying this civil penalty by Wednesday, October 14, 2015. No record of this violation will be sent to your insurance company or to the Department of Public Safety Division of Motor Vehicles.

   - Please <u>do not</u> send cash.
   - Make Check or Money Order payable to "**Phenix City Red Light Safety Program**".
   - Payments by Personal Check, Money Order, or Visa/Mastercard are accepted. Please mail in the enclosed envelope along with the payment coupon to the **Phenix City Red Light Safety Program, PO Box 1337, Phenix City, AL 36868.**
   - Credit card payments can also be made online at **<u>www.photonotice.com</u>** **(Enter city code: PHEXAL).**
   - A $25.00 administrative fee will be assessed for rejected or declined payments.

   B. **Nomination: Identify another Driver, Vehicle Sold or Stolen.** Pursuant to Phenix City City Ordinance No. 2012-21, Section 14-5.1, the registered owner of the vehicle is responsible for paying the fine. However, the owner may transfer liability for the violation to the person who was operating the vehicle at the time of the violation if the Nomination (Option B coupon on page 2) is completed and returned by Wednesday, October 14, 2015. You may mail this to the Phenix City Red Light Safety Program at PO Box 1337, Phenix City, AL 36868.

   - If the vehicle was sold prior to the date of violation, you must include a copy of the transfer of sale along with the Nomination.
   - If the vehicle or license plate was reported stolen at the time of the violation, you must include a copy of the police report along with the Nomination.

   C. **Right to a Hearing.** You have the right to a hearing to contest this notice:

   To schedule a hearing, you must mail the "Request for Hearing" Coupon to the **Phenix City Red Light Safety Program ATTN: Hearing Request - Phenix City Municipal Court, 1111 Broad St., Phenix City, AL 36867** Please include your phone number. You will be notified by the Phenix City Red Light Safety Program's Municipal Court of a date and time to appear.

   - Hearings are held at the Phenix City Municipal Court, located at 1111 Broad Street, Phenix City, AL 36867. For additional information you may contact the Phenix City Municipal Court at 334-448-2780.
   - Please ensure that your hearing request is submitted prior to Wednesday, October 14, 2015.
   - Finding of Liability and/or Failure to Appear at the hearing will result in additional court costs of $25.00.

3. **View Violation on the Internet**

   - The violation has been captured on video and is available to be viewed on the Internet at: **<u>www.photonotice.com</u>** **(Enter City Code: PHEXAL).** The video is available online for 60 days from the date of violation.
   - If you do not have access to a computer, computers are available at the Public Libraries. Please refer to your phone book for the library most convenient to you.