IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

RECEIVED
2015 OCT -9 P 12: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Redflex Traffic Systems, Inc.,

a/k/a,

Redflex Holdings Australia,

a/k/a,

Redflex Traffic Systems Pty.Ltd.

a/k/a

American Traffic Solutions, Inc.,

and,

THE PEOPLE,

    Plaintiffs,

CASE NO. 3:15-CV-748-WKW-SRW

v.

AIR FORCE VETERAN JERRY PAUL CARROLL,

    Defendant.

## DEFENDANTS MOTION IN LIMINE TO EXCLUDE ALL TESTIMONY OR INFERENCES ORIGINATING FROM PLAINIFF'S RED LIGHT DIGITAL CAMERAS AS PREVIOSLY FOUND AS INADMISSABLE

Defendant respectfully moves *in limine* to exclude all testimony originating with Plaintiff Redflex et al, digital cameras in bringing the charge of a traffic violation against Defendant including, but not limited to, all officers who certify such digital camera images which have been shown to be inadmissible evidence due to possible tampering actually admitted in the instant case as "formatting".

Disregarding such previous Court losses as in *People v. Rekte* and *People v. Eric Arem*, Redflex still has many of the fifty states left to extract millions of dollars from by taking their operation to additional States after having been put out of business in States or cities or counties that learned by experience what Plaintiff's methods were.

## I. The Court May Exclude All REDFLEX,et al Testimony as The Previous Courts Have Persuasive, If Not Compelling Authority And Their Exhaustive Work Should Not Be Ignored by Plaintiff's Simply Crossing State Lines and Disregarding Court Decisions

Neither Defendant nor this Court, has consented to the use of digital camera equipment or certifying officers who were not present to observe the traffic lights.

## II. Any Newly Found Defense Counsel Would Be Prejudiced By the Allowing of Such Testimony by Plaintiffs

In addition, Defendants have attempted to reserve the right to change their story by saying that the video provided to Defendant had been formatted and the defendant should try to get a more accurate video from the City of Phenix City who as yet, has not even contacted the defendant. Not only is this claim of having better evidence or claiming the right to change their story if the evidence offered is shown to be false absurd, but all digital evidence is inadmissible. From the Precedent in *People v. Rekte*, it can easily be concluded that the City of Phenix City would not provide such additional video and was the responsibility of Redflex to provide although, again, all digital traffic video is by Precedent and well settled law, inadmissible.

## III. Conclusion

For the foregoing reasons Defendant respectfully requests that the Court exclude all testimony originating from Plaintiffs' digital camera videos.

Dated: October 9, 2015

Respectfully submitted,

Jerry Paul Carroll, Pro Se

1611 21st Street
Phenix City, Alabama 36867
1-334-480-4072

## CERTIFICATE OF SERVICE

This is to certify that I have this date, October 9, 2015, provided a true and accurate copy copy of the within Motion *in limine* to the Plaintiff's through their registered agent for service, National Registered Agents, Inc. 2 North Jackson Street, Suite 605, Montgomery, Alabama, 36104, after also personally providing a copy to THE PEOPLE, 1100 Broad Street, Phenix City, Alabama 36867 at The Traffic Court of Phenix City, Alabama.

Jerry Paul Carroll