IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



Redflex Traffic Systems, Inc.,
a/k/a
Redflex Holdings Australia,
A/k/a
American Traffic Solutions, Inc.,

and,   Case No. 2:15cv748-WKW

THE PEOPLE,

    Plaintiffs,

    Counterclaim Defendants,   (PHX15015529)

v.

Air Force Veteran Jerry Paul Carroll,

    Defendant,

    Counterclaim Plaintiff.

### DEFENDANT CARROLL'S NOTICE OF FILING EXHIBITS "C", "P", "P1" "Q" "R" AND "S" AS WERE PROVIDED TO ALL PLAINTIFF'S IN DEFENDANT CARROLL'S REQUESTS FOR ADMISSIONS AND INTERROGATORIES

Defendant Carroll has under Federal Rules of Civil Procedure 36, 26, and 33, and Local Rule 26.3, provided all Plaintiff's with the within Exhibits now being filed with the Court but Requests For Admissions and Interrogatories are not normally filed with the Court except by Motion such as a Motion To Compel.

Plaintiff Redflex was mailed their copies through their registered agent for service and Plaintiff, THE PEOPLE, was mailed their copy through City Attorney Jimmy Graham at his office address in Phenix City, Alabama. Although all Plaintiffs signed for Defendant's Notice Of Removal and Counterclaim on October 13, 2015, none have provided Defendant Carroll with the name of their attorney or representative or any response whatsoever as of October 29, 2015.

Defendant notes that 16 days have passed since Plaintiffs signed for their Notice of Removal and Counterclaim.

Respectfully submitted this 29th Day of October, 2015.

*Jerry Paul Carroll*

Jerry Paul Carroll, Pro Se

Defendant, Counterclaim Plaintiff.

1611 21st Street

Phenix City, Alabama 36867

1-334-480-4072

## CERTIFICATE OF SERVICE

    This is to certify that I have this date mailed a true and accurate copy of the within NOTICE OF FILING EXHIBITS to all Plaintiffs, Redflex was mailed through their agent for service National Registered Agents, Inc. 2 North Jackson Street, Suite 605, Montgomery, Alabama 36104, and to THE PEOPLE , through the City Attorney of Phenix City, Jimmy Graham, at his office at 712 13th Street, Phenix City, Alabama 36867.

This 29th Day of October, 2015.

Jerry Paul Carroll, pro se
Defendant,
Counterclaim Plaintiff.

1611 21st Street
Phenix City, Alabama 36867
1-334-480-4072