# DEFENDANT'S EXHIBIT "C"



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu
/)Search Cornell (https://www.cornell.edu/search/)
U.S. Code (/uscode/text) › Title 23 (/uscode/text/23) ›
Chapter 4 (/uscode/text/23/chapter-4) › § 402

# 23 U.S. Code § 402 - Highway safety programs

US Code (/uscode/text/23/402?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdate:

Notes (/uscode/text/23/402?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupdates)

Authorities (CFR) (/uscode/text/23/402?qt-us_code_temp_noupdates=3#qt-us_code_temp_r

prev (/uscode/text/23/401) | next (/uscode/text/23/403)

(a) **Program Required.—**

(1) **In general.—** Each State shall have a highway safety program, approved by the Secretary, that is designed to reduce traffic accidents and the resulting deaths, injuries, and property damage.

(2) **Uniform guidelines.—** Programs required under paragraph (1) shall comply with uniform guidelines, promulgated by the Secretary and expressed in terms of performance criteria, that—

(A) include programs—

(i) to reduce injuries and deaths resulting from motor vehicles being driven in excess of posted speed limits;

(ii) to encourage the proper use of occupant protection devices (including the use of safety belts and child restraint systems) by occupants of motor vehicles;

(iii) to reduce injuries and deaths resulting from persons driving motor vehicles while impaired by alcohol or a controlled substance;

(iv) to prevent accidents and reduce injuries and deaths resulting from accidents involving motor vehicles and motorcycles;

(v) to reduce injuries and deaths resulting from accidents involving school buses;

(vi) to reduce accidents resulting from unsafe driving

## U.S. CODE TOOLBOX

Law about... Articles from Wex (/wex/wex_articles)
Download the PDF (22 pgs)
 (https://www.law.cornell.edu
/uscode/pdf/uscode23
/lii_usc_TI_23_CH_4_SE_402.pdf)
Title 23 USC, RSS Feed
 (https://www.law.cornell.edu
/rss/usc_update_23.rss)
Table of Popular Names
(/topn)
Parallel Table of Authorities
(/ptoa)

G+1  0



2016 LEASE FC BRAND NEW FORD FUSION
815 E. GOLF RD. 1-888-721-6005
RohrmanFord.com

## RELATED BILLS NOW IN CONGRESS

- 113 H. R. 2610
  (https://beta.congress.gov

behavior (including aggressive or fatigued driving and distracted driving arising from the use of electronic devices in vehicles); and

(vii) to improve law enforcement services in motor vehicle accident prevention, traffic supervision, and post-accident procedures;

(B) improve driver performance, including—

(i) driver education;

(ii) driver testing to determine proficiency to operate motor vehicles; and

(iii) driver examinations (physical, mental, and driver licensing);

(C) improve pedestrian performance and bicycle safety;

(D) include provisions for—

(i) an effective record system of accidents (including resulting injuries and deaths);

(ii) accident investigations to determine the probable causes of accidents, injuries, and deaths;

(iii) vehicle registration, operation, and inspection; and

(iv) emergency services; and

(E) to the extent determined appropriate by the Secretary, are applicable to federally administered areas where a Federal department or agency controls the highways or supervises traffic operations.

(b) Administration of State Programs.—

(1) Administrative requirements.— The Secretary may not approve a State highway safety program under this section which does not—

(A) provide that the Governor of the State shall be responsible for the administration of the program through a State highway safety agency which shall have adequate powers and be suitably equipped and organized to carry out, to the satisfaction of the Secretary, such program;

(B) authorize political subdivisions of the State to carry

- 113 H. R. 2610 (https://beta.congress.gov/bill/113th-congress/house-bill/2610) : purposes, 2014, 30, september, ending
- 113 H. R. 3547 (https://beta.congress.gov/bill/113th-congress/house-bill/3547) : purposes, 2014, 30, september, ending
- 113 H. R. 3628 (https://beta.congress.gov/bill/113th-congress/house-bill/3628) : purposes, others, modify, consolidate, requirements
- 113 H. R. 4745 (https://beta.congress.gov/bill/113th-congress/house-bill/4745) : purposes, 2015, 30, september, ending
- 113 H. R. 5021 (https://beta.congress.gov/bill/113th-congress/house-bill/5021) : highway, funded, safety, purposes, trust
- 113 S. 2438 (https://beta.congress.gov/bill/113th-congress/senate-bill/2438) : purposes, 2015, 30, september, ending

Data courtesy of the Cato Institute Deepbills Project (http://www.cato.org/resources/data)

STAY INVOLVED

LII Announce Blog (http://blog.law.cornell.edu)
LII Supreme Court Bulletin

out local highway safety programs within their jurisdictions as a part of the State highway safety program if such local highway safety programs are approved by the Governor and are in accordance with the minimum standards established by the Secretary under this section;

(C) except as provided in paragraph (3), provide that at least 40 percent of all Federal funds apportioned under this section to the State for any fiscal year will be expended by the political subdivisions of the State, including Indian tribal governments, in carrying out local highway safety programs authorized in accordance with subparagraph (B);

(D) provide adequate and reasonable access for the safe and convenient movement of individuals with disabilities, including those in wheelchairs, across curbs constructed or replaced on or after July 1, 1976, at all pedestrian crosswalks throughout the State;

(E) beginning on the first day of the first fiscal year after the date of enactment of the Motor Vehicle and Highway Safety Improvement Act of 2012 in which a State submits its highway safety plan under subsection (f), provide for a data-driven traffic safety enforcement program to prevent traffic violations, crashes, and crash fatalities and injuries in areas most at risk for such incidents, to the satisfaction of the Secretary;

(F) provide satisfactory assurances that the State will implement activities in support of national highway safety goals to reduce motor vehicle related fatalities that also reflect the primary data-related crash factors within a State as identified by the State highway safety planning process, including—

(i) national law enforcement mobilizations and high-visibility law enforcement mobilizations coordinated by the Secretary;

(ii) sustained enforcement of statutes addressing impaired driving, occupant protection, and driving in excess of posted speed limits;

(iii) an annual statewide safety belt use survey in accordance with criteria established by the Secretary for the measurement of State safety belt use rates to

MAKE A DONATION (http://www.law.cornell.e
CONTRIBUTE (HTTP://WWW.LAW.CORNELL.
BECOME A SPONSOR
SPONSORS)
GIVE FEEDBACK (HTTP://WWW.LAW.CORNELL.

FIND A LAWYER

All lawyers (http://lawyers.law.cornell.edu/lawyers/locate/)