IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITY OF PHENIX CITY, ALABAMA PHENIX CITY RED LIGHT SAFETY PROGRAM, also known as Redflex Traffic Systems, Inc., also known as Redflex Holdings Australia, also known as Redflex Traffic Systems Pty., Ltd., also known as American Traffic Solutions, Inc., <br><br>        Plaintiff, <br><br> v. <br><br> JERRY PAUL CARROL, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. 3:15cv748-WKW-GMB |

### ORDER

Upon consideration of the Movant's *Motion to Remand* (Doc. 9, filed November 3, 2015), it is

ORDERED that on or before November 20, 2015 the Defendant shall show cause as to why the motion should not be granted.

The Clerk of Court is DIRECTED to mail a copy of this Order to the City Attorney of Phenix City and the City Manager of Phenix City. *See* Docs. 9 at 6; 10 at 7.

DONE this 5th day of November, 2015.

/s/ Gray M. Borden
UNITED STATES MAGISTRATE JUDGE