IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITY OF PHENIX CITY, ALABAMA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 3:15-CV-748-WKW<br>) |
| JERRY PAUL CARROLL, | )<br>) |
| Defendant. | ) |

## **ORDER**

On March 14, 2016, the Magistrate Judge filed a Recommendation (Doc. # 28) to which Defendant timely filed an objection (Doc. # 29). Plaintiff Redflex Traffic Systems filed a response to Defendant's objection. (Doc. # 30.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that Defendant's objection is without merit.

Accordingly, it is ORDERED as follows:

(1)   Defendant's objection (Doc. # 29) is OVERRULED;

(2)   The Recommendation (Doc. # 28) is ADOPTED;

(3) Plaintiffs' Motions to Remand (Docs. # 9, 13) are GRANTED for lack of subject-matter jurisdiction;[1]

(4) This case is REMANDED to the Municipal Court of Phenix City, Alabama; and

(5) All remaining outstanding motions (Docs. # 4, 11, 21, 22, 23, 25) are DENIED as moot.

It is further ORDERED that Defendant's Motion for Disqualification (Doc. # 31) and Motion for Summary Judgment (Doc. # 35) are DENIED.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 5th day of April, 2016.

                                             /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that although Plaintiff alleged jurisdiction pursuant to §§ 1331 and 1332, these sections grant jurisdiction for civil matters. *See* 28 U.S.C. §§ 1331–32. The complaint in this case stems from a violation of a Phenix City ordinance, so that the case is not a civil matter that falls within the jurisdictional grant of either § 1331 or § 1332.